**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    EDCV 11-00792 VAP (DTBx)                        Date:     October 27, 2011

Title:    ARNOLDO VALENCIA, MARIONELA VALENCIA -v- CENTEX HOME EQUITY COMPANY, FIDELITY NATIONAL TITLE, AMERICAS SERVICING COMPANY, LOANSTAR MORTGAGE SERVICES, LLS., WELLS FARGO BANK, N.A. DEUTSCHE BANK NATIONAL TRUST COMPANY, NATIONSTAR MORTGAGE, AND DOES 1 TO 10

PRESENT:  <u>HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE</u>

Marva Dillard                                     None Present
Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                                     NO APPEARANCE

PROCEEDINGS:     ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

    Plaintiff(s) is ordered to show cause in writing no later than November 16, 2011, why this action should not be dismissed for lack of prosecution.

    The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Proof of service of summons and complaint.

- Answer by the defendant(s) or plaintiff's request for entry of default.

- Plaintiff's filing of an application to the clerk to enter default judgment or filing of a noticed motion for entry of default judgment.

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand

MINUTES FORM 90                                                                  Initials of Deputy Clerk <u>md</u>
CIVIL -- GEN

submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

MINUTES FORM 90　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk md
CIVIL -- GEN