**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLDO VALENCIA, et al., | Case No. EDCV 11-00792 VAP (DTBx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CENTEX HOME EQUITY COMPANY, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>March 27, 2012</u>

                                   VIRGINIA A. PHILLIPS
                             United States District Judge